UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI BLAGG, on her own behalf
and others similarly situated,

    Plaintiff,

v.                                          Case No. 8:13-cv-00624-SDM-TBM

DATEX, INC.,

    Defendant.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO**
**FILE DISPOSITIVE MOTIONS**

    Defendant, Datex, Inc. ("Datex" or "the Company"), hereby file this Agreed Motion to Extend the Discovery Deadline to November 5th, and state:

1.     The deadline to file dispositive motions in November 1, 2013.

2.     As the Court is aware, the parties have been vigorously attempting to complete all discovery before the deadline, and the Court has extended the discovery deadline to November 1, 2013.

3.     The parties have engaged in depositions all week, including depositions today by the Plaintiff of the President, Vice President and manager of the defendant company. An additional deposition of a former employee is scheduled for Friday, November 1, 2013.

4.     Further, based on agreement of both parties, there may be two more depositions early next week.

5.     The parties are also in the process of supplementing discovery responses.

6. Therefore, the parties require additional time to file dispositive motions. The extension will not interfere with any other deadlines on the scheduling order.

7. Trial in this matter is set for February, 2014.

WHEREFORE, the parties request this Court extend the dispositive motion deadline to November 5th, 2013.

Dated this 31st day of October, 2013.

### CERTIFICATE OF CONFERRAL

Both parties have conferred and agree to the filing of this motion.

/s/Vincent B. Lynch
Vincent B. Lynch, Esq.
Florida Bar No. 0917801
Counsel for Defendant
Executive Law Group
3001 N. Rocky Point Dr. E., Suite 208
Tampa, FL 33629
(813) 367–3505
Vincent@execlawgroup.com

### CERTIFICATE OF SERVICE

The above certifies that a true and correct copy of the foregoing was served on all parties of record via the CM/ECF system on October 31st, 2013.

/s/Vincent B. Lynch
Vincent B. Lynch, Esq.
Florida Bar No. 0917801